**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 13, 2009

Charles R. Fulbruge III
Clerk

No. 06-60193
Summary Calendar

DANIEL GIRMAI NEGUSIE,

Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

Respondent

On Remand from the Supreme Court of the United States
(A15 575 924)

Before KING, HIGGINBOTHM, and GARZA, Circuit Judges.

PER CURIAM:[*]

In *Negusie v. Holder*, 555 U.S. ___ (2009), the Supreme Court of the United States reversed our judgment in this case, which affirmed the judgment of the Board of Immigration Appeals. The Court remanded with instructions for the Board to interpret the relevant statute, 8 U.S.C. § 1101(a)(42), consistent with its opinion. The judgment of the Board is therefore VACATED, and the case is remanded to it for further proceedings consistent with the Court's opinion.

VACATED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.